UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JULIET D'SOUZA,

                                                  **Case No. 09-CV-410 (TCP)(ARL)**

                Plaintiff,

                                                  **ANSWER**

   -against-

ZEENA LOBO and NEIL LOBO,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Defendants, ZEENA LOBO and NEIL LOBO ("defendants"), by their attorney, WILLIAM D. WEXLER, ESQ., respectfully submit this Answer to plaintiff's Complaint ("Complaint") in the above-captioned action as follows:

      1.    Defendants deny the allegations set forth in paragraphs "1", "2", "3", "4". "5", "20", "21", "24" and "25" of the Complaint.

      2.    Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "7", "8", "22", "23", "26", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "57", "58", "59", "60", "61", "62", "63, "64", "65", "66", "67", "69", "70", "71", "72", "73", "74", "75", "76", "77", "78", "79", "80", "81", "82", "83", "84", "85", "86", "87", "88", "89", "90", "91", "92", "93", "94", "95", "96", "97", "98", "99", '100", "101", "102", "103", "104", "105", "106", "107", "108", "109", "110", "111", "112", "113", "114", "115", "116" and "117" of the Complaint.

**AFFIRMATIVE DEFENSES**

Defendants assert that they bears the burden of proof only on those matters set forth as affirmative defenses in Rule 8(c) of the Federal Rules of Civil Procedure. Defendants set forth thier affirmative defenses to plaintiff's claims as follows:

**AS AND FOR A FIRST DEFENSE**

The complaint fails to state a claim upon which relief may be granted or upon which the damages sought can be awarded.

**AS AND FOR A SECOND DEFENSE**

At all times relevant hereto, defendants acted in good faith and have not violated any rights which may be secured by plaintiff under any applicable federal, state or local law, rule, regulation or guideline.

**AS AND FOR A THIRD DEFENSE**

Defendants have complied with all federal and state labor standards.

**AS AND FOR A FOURTH DEFENSE**

Defendants have complied with all New York State minimum wage laws.

**AS AND FOR A FIFTH DEFENSE**

Defendants have complied with all New York State overtime laws.

**AS AND FOR A SIXTH DEFENSE**

Defendants have complied with all New York State spread of hours laws.

Dated: North Babylon, New York
       March 6, 2009

_____
WILLIAM D. WEXLER, ESQ. (WW9455)
Attorney for Defendants
816 Deer Park Avenue
North Babylon, NY  11703
(631) 422-2900

TO:   IVY O. SURIYOPAS, ESQ. (IS6541)
      Asian American Legal Defense and Education Fund
      Attorney for Plaintiff
      99 Hudson Street, 12th Floor
      New York, NY  10013

      THE LEGAL AID SOCIETY
      Steven Banks, Attorney in Charge
      Scott Rosenberg, Attorney in Charge, Law Reform, Civil Practice (SR5579)
      Hollis Pfitsch, of Counsel (HP0522)
      Attorneys for Plaintiff
      199 Water Street, 3rd Floor
      New York, NY  10038