UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIET D'SOUZA,

                              Plaintiff,                        **ORDER**
                                                                            CV 09-410 (TCP)(ARL)
   -against-

ZEENA LOBO AND NEIL LOBO,

                              Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' motion requesting that the court hold a discovery conference to address certain discovery disputes. The court does not believe that a conference is necessary to rule on the issues set forth in the parties' submissions. With respect to the plaintiff's deposition, the plaintiff must appear for a deposition during the work week for one full day or during two afternoons beginning at 2:00 p.m. at defendant's counsel's office. With respect to the plaintiff's medical records, the records are to be provided to the defendants pursuant to a confidentiality agreement restricting their use to this litigation. Attorney's eyes only protection is not warranted. With respect to discovery concerning the plaintiff's immigration status, the court finds the defendants' proposal to be reasonable and will limit discovery concerning the plaintiff's immigration status to the documents the plaintiff has agreed to provide subject to a confidentiality agreement.

Dated: Central Islip, New York                    SO ORDERED:
         January 7, 2010

                                                                       _____/s_____
                                                                       ARLENE ROSARIO LINDSAY
                                                                       United States Magistrate Judge