UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JULIET D'SOUZA,

                                                                                 09-CV-0410(TCP)(ARL)

                           Plaintiff,

        -against-

ZEENA LOBO and NEIL LOBO,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JULIET D'SOUZA, and Defendants, ZEENA LOBO and NEIL LOBO, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

_7.30.10_
Date

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
    99 Hudson Street, 12th Floor
    New York, NY 10013
    (212) 966-5932

By: _____[signature]_____
    Ivy O. Suriyopas, Esq. (IS6541)

_7.30.10_
Date

**THE LEGAL AID SOCIETY**
    199 Water Street, 3rd Floor
    New York, NY 10038
    (212) 577-3300

By: _____[signature]_____
    Hollis Pfitsch, Esq. (HP0522)

**ATTORNEYS FOR PLAINTIFF**

1

_____8/2/10_____                    **WILLIAM D. WEXLER, ESQ.**
Date                                    816 Deer Park Avenue
                                        North Babylon, NY 11703
                                        (631) 422-2900

                                By:     _____
                                        William D. Wexler, Esq. (WW9455)

                                        **ATTORNEY FOR DEFENDANTS**