UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JULIET D'SOUZA,                                **09-CV-0410(TCP)(ARL)**

                       Plaintiff,

        -against-

ZEENA LOBO and NEIL LOBO,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Juliet D'Souza, and Defendants, Zeena Lobo and Neil Lobo, having satisfactorily resolved the above-captioned action, and sufficient cause appearing therefor, now, upon the request of the Parties, it is hereby

ORDERED that the instant action shall be and hereby is dismissed in its entirety with prejudice, and without any award by the Court of attorneys' fees or costs to any Party. Compliance with the terms of the Parties' settlement agreement, which is incorporated herein by reference, is required by this Order.

Dated: _August 17_, 2010

                                                           _____
                                                           HON. THOMAS C. PLATT, U.S.D.J.